UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOSEPH BLAZE, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:16-CV-08238 JDE <br><br> ORDER AWARDING EAJA FEES AND COSTS |

In accordance with the Stipulation of the parties and for good cause therein,

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation

DATED: January 19, 2018

_____
JOHN D. EARLY
United States Magistrate Judge